# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

GARYSON L. HARE, JR.          *

                                *

                                *

       v.                          *            Civil No. – JFM-13-1981

                                *

SHIRLEY J. SIMPSON, ET AL.      *

                             ******

## MEMORANDUM

Defendants have filed motions to dismiss plaintiff's first amended complaint. It is clear that the claims asserted by plaintiff are barred by the doctrine of *res judicata* since they were resolved in litigation in the Court of Common Pleas of York County, Pennsylvania Orphans' Court. *See generally Colandrea v. Wilde Lake Cmt. As'n., Inc.*, 361 Md. 371, 391, 761 A.2d 899, 909 (2002).

A separate order granting defendants' motions is being entered herewith.

Date: 3/18/14

                               J. Frederick Motz
                               United States District Judge

FILED U.S. DISTRICT COURT DISTRICT OF MARYLAND 2014 MAR 18 P 3: 42 CLERK'S OFFICE AT BALTIMORE BY_____ DEPUTY

1